County Auditor's Form #187-B
Harris County, Texas



BEVERLY B. KAUFMAN, COUNTY CLERK

# Non-Certified Copy Order

**NON-CC# NH 22884**

FEE OFFICER'S OFFICIAL RECEIPT FOR COPY OF RECORDS
County Civil Courts Department (713)755-6421
**Tracer No.: 6 36020**

| Order Placed By | GERBER LAW FIRM | Phone: | (713) 662-9191 |
|---|---|---|---|
| | | Pick Up ☑ | at CCL |
| Address or Notes | | Mail ☐ | |
| | | Call ☐ | |
| Fee Comments | CCCL | Fax ☐ | |
| | | | |
| | | Occu. Lic. | |

| No. of Inst. Ordered | 6 | | | Total Fee | $ 11.00 | Date Paid | 12/14/10 |
|---|---|---|---|---|---|---|---|
| No. of Pgs. Ordered | 11 | Fee at $1 per Page | $ 11.00 | | | Time Ordered | 9:28 am |

| Fees Assessed By | Elizabeth Lopez, Deputy | Picked Up By |
|---|---|---|

| Check or Money Order Order #: 0 | Payment Type: Cash |
|---|---|

## Non Certified Copies

| Crt # | # of Copies | Name of Record | File Date | Docket No. | Name of Record | Film Code No. | # Pgs. |
|---|---|---|---|---|---|---|---|
| 2 | 1 | ORDER | 20101214 | 977683 | DOCKET SHEET | 000000000 | 1 |
| 2 | 1 | CIT ISS | 20101116 | 977683 | VICENTE CORTEZ VS PHARIA LLC | 787986096 | 1 |
| 2 | 1 | CSH RECPT | 20101115 | 977683 | CR #710579 AMT $204.00 PAID BY THE TREVINO LAW FI | 787980203 | 1 |
| 2 | 1 | INFO SHT | 20101112 | 977683 | CIVIL CASE INFORMATION SHEET | 787980211 | 1 |
| 2 | 1 | AFFT | 20101112 | 977683 | PAUPERS AFFIDAVIT | 787980209 | 2 |
| 2 | 1 | CD | 20101112 | 977683 | PLTF ORIGINAL PETITION FILED CONTRACT CONSUMER CO | 787980204 | 5 |

DATA ENTRY PICKUP
NOV 1 2 2010
THIS DATE

CD

FILED
10 November 12 P3
Beverly Kaufman
County Clerk
Harris County

CAUSE NO. ___977683___

| | | |
|---|---|---|
| **VICENTE CORTEZ** | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS.        382071 | § | AT LAW NUMBER ___C.C.C.L. #2___ |
| | § | |
| **PHARIA, L.L.C.** | § | HARRIS COUNTY, TEXAS |

(1) DOC
R40A
SVC Col
FeeS
1.00
20

## ORIGINAL PETITION

COMES NOW, **VICENTE CORTEZ**, Plaintiff, and files this Original Petition, and by

way of such Petition would respectfully show the Court:

### I. LEVEL TWO CASE

The damages caused to Plaintiff in this matter exceed $50,000.  Accordingly, the Plaintiff

requests that this case be designated as a level two case for discovery purposes pursuant to Texas

Rules of Civil Procedure §190 *et. seq.*

### II. PARTIES

VICENTE CORTEZ is an individual resident of Houston, Harris County, Texas with

Social Security number XXX-XX-X902 and Texas Drivers License number XXXXXX753.

Based  upon  information  and  belief,  Defendant,  PHARIA,  L.L.C.,  is  a  Delaware

corporation doing business in the State of Texas.  Service of citation upon Defendant may be had

by delivery to its registered agent CT Corporation System, 360 North St. Paul St., Dallas, Texas

75201.

### III. JURISDICTION AND VENUE

This Court has subject matter jurisdiction over Plaintiff's causes of action for violations

of the Fair Debt Collection Practices Act (FDCPA). Pursuant to § 15.002 (a)(3) of the Civil

Practice & Remedies Code, venue is proper in Harris County, Texas. These causes of action are

field before this court on appeal from a judgment rendered in Precinct 4, Place 1 of Harris

County, Texas bearing Cause No. CV41C0173244.

## IV. BACKGROUND FACTS

Plaintiff complains of Defendant, PHARIA L.L.C. for violation of the Fair Debt Collection Practices Act. 15 U.S.C. § 1692 *et seq.* Specifically, Defendant, PHARIA L.L.C. filed suit styled Cause No. CV41C0173244, *Pharia, LLC v. Vicente Cortez*, In the Justice Court, Precinct 4, Place 1, Harris County, Texas against Plaintiff after statute of limitation had expired.

Plaintiff further complains of Defendant, PHARIA, L.L.C., N.A. for violation of the Fair Debt Collection Practices Act. Pharia used false representations in its attempt to collect an alleged debt in violation of 15 U.S.C. §1692e(5) and 15 U.S.C. § 1692f(1). Specifically, Defendant demanded from and then sued Plaintiff the sum of $2,741.69 when the true amount of the alleged debt was never more than $2,303.16. Following trial to the Bench, Pharia was awarded a judgment in the amount of $1,459.73 against Plaintiff and dismissed the counter claims against Pharia.

## V. Causes of Actions

A.       Pharia violated 15 U.S.C. §1692e(5) and 15 U.S.C. § 1692f(1). Said conduct was a direct, proximate, and producing cause of damage to Plaintiff.

## VI. Damages

As a result of Defendant's willful actions and omissions, Plaintiff was damaged in an amount in excess of the Court's minimum jurisdiction. Plaintiff seeks statutory damages in the amount of $3,000.00, actual damages for mental anguish in the amount of $5,000.00, punitive damages, reasonable and necessary attorneys fees in the amount of $1,000.00, costs of court, legal expenses, and pre- and post-judgment interest.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, VICENTE CORTEZ respectfully requests that, upon trial of this matter, he be awarded the economic and statutory damages produced and proximately caused by Defendant's violations of the FDCPA, reasonable and necessary attorney's fees, legal expenses, cost of Court and pre- and post-judgment interest. Plaintiff further prays for any other and further relief, at law and in equity, to which he may show himself to be justly entitled.

Respectfully submitted,
TREVIÑO LAW FIRM

By: _____
Lu Ann Treviño
Texas Bar No. 24008180
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
(713) 341-7550 - Telephone
(888) 896-2102 - Fax
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that on the _12th_ day of November 2010, a true and correct copy of the foregoing instrument was delivered to all parties and counsel of record by facsimile transmission.

_____
Lu Ann Treviño

Jason D. Anderson                              **Via Facsimile: (206) 269-3493**
Weinstein & Riley, P.S.
2001 Western Avenue. Suite 400
Seattle, WA 98121

## VERIFICATION

THE STATE OF TEXAS     §
COUNTY OF HARRIS        §

Before me, the undersigned authority, on this day personally appeared VICENTE CORTEZ, who being by me duly sworn upon his oath deposed and said that he has read the above and foregoing Original Petition and that the factual assertions contained therein are within his personal knowledge and are true and correct.



_____
VICENTE CORTEZ

SUBSCRIBED AND SWORN TO BEFORE ME on this _12th_ day of November 2010.

_____
Notary Public in and for
The State of Texas

My Commission Expires: 4/28/14

HEATHER L. GRAHAM
Notary Public, State of Texas
My Commission Expires
April 28, 2014

**OFFICE OF BEVERLY B. KAUFMAN, COUNTY CLERK, HARRIS COUNTY, TEXAS**
**P. O. BOX 1525 HOUSTON, TEXAS 77251-1525**

Docket No. _____

_____ Vicente Cortez _____

_____

Plaintiff

           vs.

_____ Pharia, L.L.C. _____

_____

Defendant

County Civil Court

At Law No. _____

☒ Alias Citation        ☐ Amended Citation       _____

*(Address for service):* CT Corporation System, 360 North St. Paul St., _____

Dallas, Texas 75201 _____

☐ Rule 106 Citation       _____

☐ Abstract of Judgment       _____

☐ Writ of Execution       _____

☐ Writ of Execution *and* Order of Sale       _____

☐ Writ of Possession       _____

☐ Certificate of Dormant Judgment       _____

☐ Certificate of Transfer       _____

☐ Certificate of No Appeal       _____

☐ Bill of Costs       _____

☐ Jury Fee       _____

☐ Deposit into Registry of Court       _____

☐ Other Services _____ _____

## REQUEST MADE BY

(Name) Lu Ann Trevino _____

(Address) _____ 13201 Northwest Freeway, Suite 800, Houston, TX 77040 _____    713-341-7550
                                                                             (Zip Code)

(Phone Number) 713-341-7550 _____

**Request is to be:**
☒ Mailed
☐ Picked up by: _____

Form No. H-02-23 (Rev. 01/29/09)

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts additions and changes were present at the time the instrument was filed and recorded.

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

DATA ENTRY PICKUP
NOV 12 2010
THIS DATE

977683

382072

CAUSE NO. CV41C0173244

| | | |
|---|---|---|
| PHARIA L.L.C. | § | IN THE JUSTICE COURT |
| *Plaintiff,* | § | **C.C.C.L. #2** |
| | § | |
| VS. | § | PRECINCT 4, PLACE 1 |
| | § | |
| VICENTE CORTEZ AKA VICENTE | § | |
| CORTES | § | |
| *Defendant,* | § | HARRIS COUNTY, TEXAS |

## PAUPER'S AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, personally appeared Vicente Cortez, who, being by me duly sworn, deposed as follows:

"My name is Vicente Cortez and I am the Defendant in this cause. I am over twenty-one years of age, capable of making this Affidavit, have never been convicted of a crime of moral turpitude, and have personal knowledge of the facts herein stated and all facts are true and correct.

"Pursuant to the Property Code section 24.0052 attached is "Exhibit A" outlining the requirements for the *Pauper's Affidavit.*

I reaffirm that I am unable to afford the costs of litigation and I verify that the financial statement is true and correct."

Further affiant saith not.

_Vicente Cortez_
Vicente Cortez

SUBSCRIBED AND SWORN TO BEFORE ME on this _12th_ day of November 2010.

_Heather L. Graham_
Notary Public in and for The State of Texas

HEATHER L. GRAHAM
Notary Public, State of Texas
My Commission Expires
April 28, 2014

FILED
AT 3:03 O'CLOCK P M
DATE NOV 12 20 10
_Loralyn D. Hughes_
CLERK COUNTY CIVIL COURTS

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

"Exhibit A"
Pauper's Affidavit: Financial Statement

A.   Gross Money Received per month:                                    $ 2,000⁰⁰
     1.   Gross Wage & Salary Income for Applicant          $
     2.   Gross Wage & Salary Income for Spouse (if applicable)  $ 602.00
     3.   Commissions, Tips and Bonuses                    $
     4.   Self-Employment Income                           $
     5.   Rental Income                                    $
     6.   Any Governmental Assistance/income               $
     7.   Other Income: _____                   $

                                        TOTAL INCOME: $ 2600.00

B.   Total Money needed per month for living. For items which are not paid monthly, express
the amounts in monthly averages:

| No. | Item | Amount | No. | Item | Amount |
|-----|------|--------|-----|------|--------|
| 1. | Rent or House Payment | $371.53 | 14. | Gasoline/Vehicle | $400 |
| 2. | Real Property Tax | $ ~~175.71~~.00 | 15. | Clothing & Shoes | $100.00 |
| 3. | Residence maintenance | $301 25.00 | 16. | Insurance Car | $117.00 |
| 4. | Insurance/Home | $ | 17. | Insurance Life | $ |
| 5. | Utilities/Gas | $25.00 | 18. | Insurance Health | $88.00 |
| 6. | Utilities/Phone | $100.00 | 19. | Child Card | $ |
| 7. | Utilities/Garbage | $62.00 | 20. | Children's Activities | $ |
| 8. | Utilities/Electric & Water | $61.00 | 21. | Haircuts | $16.00 |
| 9. | Groceries | $320.00 | 22. | Cable TV & Newspaper | $ |
| 10. | Meals away from Home | $ | 23. | Entertainment | $ |
| 11. | School Lunches | $20.00 | 24. | Medical | $70.00 |
| 12. | Dental/Ortho | $60.00 | 25. | Laundry | $30.00 |
| 13. | Child Support Payments | $ | 26. | Other: Auto Loan | $418.48 |

                                        TOTAL EXPENSES: 2462.48

C.   Amount of Money in Checking Account: $90.00 Bank Holding Acct: CHASE

D.   Amount of Money in Savings Account:   0   Bank Holding Acct: C

E.   List any real property owned by the Applicant (other then household furnishings, clothing, and too
of a trade, or personal effects) NONE
_____
_____
_____

F.   DEPENDANTS

Dependants Name: Jamelli Cortez   Age: 9 Resides: 12239 Kingslake forest
Dependants Name: Nathan V. Cortez   Age: 6 Resides: Houston, TX 77044
Dependants Name: _____ Age: ___ Resides:

RECORDER'S MEMORANDUM: At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts additions and changes were present at the time the instrument was filed and recorded.

DATA ENTRY PICKUP

NOV 1 2 2010

THIS DATE *(FOR CLERK USE ONLY):* **977683**

382073 STYLED Vicente Cortez vs. Pharia L.L.C.

# CIVIL CASE INFORMATION SHEET

## C.C.C.L. #2

COURT *(FOR CLERK USE ONLY):* _____

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

### 1. Contact information for person completing case information sheet:

| Name: Lu Ann Trevino | Email: latrevino@trevino-law.com | Names of parties in case: |
|---|---|---|

**Names of parties in case:**

Plaintiff(s)/Petitioner(s):
Vicente Cortez

Defendant(s)/Respondent(s):
Pharia LLC

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- ☑ Attorney for Plaintiff/Petitioner
- ☐ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: _____

Address: 13201 Northwest Frwy, Ste. 800

Telephone: (713) 341-7550

City/State/Zip: Houston, TX 77040

Fax: (888) 896-2102

Signature:

State Bar No: 24008180

Additional Parties in Child Support Case:

Custodial Parent: _____

Non-Custodial Parent: _____

Presumed Father: _____

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

|  |  |
|---|---|
| **Civil** | **Family Law** |

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☑ Other Debt/Contract: Consumer/FDCPA

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: _____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:

- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:

- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus— Pre-indictment
- ☐ Other:

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-Judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property

- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

FILED
AT _____ O'CLOCK ___ M
DATE _____

CLERK COUNTY CIVIL COURTS
AT LAW

By _____

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- ☑ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action

- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment

- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

RECORDER'S MEMORANDUM
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts additions and changes were present at the time the instrument was filed and recorded.

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

BEVERLY B. KAUFMAN, COUNTY CLERK
FEE OFFICER'S OFFICIAL RECEIPT

0713579
11/15/2010 CIVIL
$204.00 CIVIL



STATE OF TEXAS
COUNTY OF HARRIS
County Auditor's Form 153
Harris County, TX (Rev. 12/06)

County Civil Courts Department
(713) 755-6421
0071436

Date:11/15/2010                                             Receipt No:7105

$ 204.00

Received From:THE TREVINO LAW FIRM

Docket No:977683 Sub:001 Court No:2

Plaintiff:CORTEZ VICENTE
        VS
Defendant:PHAIRA LLC


DISTRIBUTION CATEGORY                              MEMORANDA
County Clerk                45.00 CC      Pet.Filed 1_ Cit.(s)to be issue
Law Library                 15.00 LL      out of county
Electronic Filing            2.00 EF      Return to Attorney
Dispute Resolution Fund     10.00 CT      EFILE
Appelate Judicial Fund       5.00 AJF     SERVICE COPY FEES 1.00
Court Reporter Fee          15.00 CRF
Judicial Maintenance        40.00 JM
Court Records Management     5.00 RMP
Security Fee                 5.00 SF
Indigent Legal Service      10.00 ILS
Judicial Support            42.00 JS
Court Records Preservation  10.00 CRP



Total Received             204.00  Credit Card Type [VISA] 7183 / EC3082

                                   Beverly B. Kaufman, County Clerk
                                   and Clerk of County Civil Courts at La
                                   Harris County, Texas

                                   FEES ASSESSED BY
                                   MICHELLE ANN GARZA   , Deputy

            THE TREVINO LAW FIRM
            13201 NORTHWEST FWY
            SUITE 800
            HOUSTON, TX 77040

Form No. W-02-51 (12/06)     WHITE – COUNTY CLERK     YELLOW – COUNTY AUDITOR     PINK – CUSTOMER

OFFICE OF BEVERLY B. KAUFMAN, COUNTY CLERK, HARRIS COUNTY, TEXAS
P. O. BOX 1525 ● HOUSTON, TEXAS 77251-1525 ● (713) 755-6421
COUNTY CIVIL COURTS DEPARTMENT

| DO NOT WRITE OR STAMP IN THIS SPACE |
| --- |
| FOR COUNTY CLERK USE ONLY |

**DOCKET NUMBER: 977,683**
**RECEIPT NUMBER: OOC  NO SHERIFF/CONSTABLE FEE COLLECTED**

VICENTE CORTEZ

# 383575

**PLAINTIFF**

IN COUNTY CIVIL COURT AT LAW NO. 2,
201 CAROLINE / SUITE 517
HOUSTON, HARRIS COUNTY, TEXAS 77002

**VERSUS**

PHARIA, L.L.C.

**DEFENDANT**

### THE STATE OF TEXAS

#### ORIGINAL PETITION CITATION

TO: PHARIA, L.L.C. IS A DELAWARE CORPORATION, BY DELIVERING TO ITS REGISTERED
AGENT CT CORPORATION SYSTEM

360 NORTH ST. PAUL ST., DALLAS, TEXAS 75201

ATTACHED IS A COPY OF PETITION .
THIS INSTRUMENT WAS FILED ON THE **12TH DAY OF NOVEMBER**, 2010, IN THE ABOVE
CITED CAUSE NUMBER AND COURT. THE INSTRUMENT ATTACHED DESCRIBES THE CLAIM
AGAINST YOU.
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR
ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE COUNTY CLERK WHO ISSUED THIS
CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF
TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT
JUDGMENT MAY BE TAKEN AGAINST YOU.

ISSUED AND GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT, AT HOUSTON,
TEXAS, THIS, 16TH DAY OF NOVEMBER, 2010.

(SEAL)

BEVERLY B. KAUFMAN    COUNTY CLERK
COUNTY CIVIL COURT AT LAW NO. 2,
201 CAROLINE, ROOM 300
HARRIS COUNTY, TEXAS

*Amanda L. Daigle*
AMANDA L DAIGLE
DEPUTY COUNTY CLERK

REQUESTED BY: TREVINO LAW FIRM
LU ANN TREVINO
13201 NORTHWEST FRWY., STE.800
HOUSTON, TEXAS 77040

1 OF 1

2010 NOV 16  PM 2:05
FILED

Form H-02-07B (Rev. 03/08/05)

County Civil Courts at Law Department

*977683*

DATE

DOCKET SHEET

9
7
7
6
8
3